ROSE BROWNING v. HERBERT L. BROWNING.

July 21, 1980.

Petition for certification denied.

AETNA INSURANCE COMPANY v. ALVIN WEISS.

July 21, 1980.

Petition for certification denied. (See 174 *N.J.Super.* 292)

STATE OF NEW JERSEY IN THE INTEREST OF L. A.

July 21, 1980.

Petition for certification denied.

JOSEPH A. BARBIER v. ROSE M. BARBIER.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN L. KEHOE.

July 21, 1980.

Petition for certification denied.